J. D. OWEN AND FRED MYERS v. THE STATE.

No. 18753. Delivered October 28, 1936.

The opinion states the case.

*Culwell & Culwell,* of Amarillo, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The offense is robbery; penalty assessed at confinement in the penitentiary for fifteen years.

The indictment appears regular. The record is before us without statement of facts or bills of exception.

Accompanying the record is the affidavit of J. D. Owen, one of the appellants, duly verified, stating that he desires to withdraw his appeal. The request is granted as to this appellant and the appeal is ordered dismissed.

As to the appellant Fred Myers the judgment of the trial court is affirmed.